JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.   (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JITKA BLAHAKOVA, | NO.  CV 05-6612 OP |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand one hundred dollars and no cents ($3,100.00),

IT IS HEREBY ORDERED that plaintiff be awarded EAJA fees in the amount stipulated.

DATED: July 18, 2008

UNITED STATES MAGISTRATE JUDGE

1